The People of the State of New York v. George Grutz.— Motion to dismiss appeal granted unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. William J. Hudson.— Motion to dismiss appeal granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. Henry C. Freeman.—Motion to dismiss appeal granted unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Percy D. Standing v. William A. Brady.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Maurice Deiches, as Receiver, etc., v. Western Development Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Samuel Melton and Others v. Fullerton Weaver Realty Company.— Motion for leave to appeal to the Court of Appeals granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Anna Lenahan, an Infant, etc., v. The City of New York.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

James W. Norment v. Eleanor C. Whitman, as Administratrix, etc.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William B. Anderson v. Illinois Surety Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Rose M. Pelz v. Samuel Pelz.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

J. P. Duffy Company v. August Todebush.— Motion for leave to appeal to the Court of Appeals granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Albert A. Wray v. William D. Mann. (Action No. 2.)—Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Albert A. Wray v. William D. Mann. (Action No. 2.)— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

James J. Clarke and Others v. Elizabeth M. Nichols.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Charles E. Freet v. Standard Scale and Supply Company.— Motion to dismiss appeal denied. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

New York Belting and Packing Company v. Susan Fox.— Motion to